United States District Court

__**EASTERN**__ DISTRICT OF __**TENNESSEE**__

SCOTTY BAIRD

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:06-CV-393

SSA

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; The court ACCEPTS IN WHOLE the report and recommendation [doc 19].

Plaintiff's motion for summary judgment [doc 14] is DENIED; the defendant Commissioners motion for summary judgment [doc 17] is GRANTED; the defendant Commissioners decision in this case denying plaintiffs application for benefits under the Social Security Act is AFFIRMED; and this case is DISMISSED

October 3, 2007
Date

Patricia L. McNutt, Clerk

By    s/A. Archer    Case Manager